UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 06 B 01802
   STEVEN V SARKAN
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-4515
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/27/06 and confirmed on 09/01/06.

2. The case was dismissed after confirmation, 10/31/2008.

3. The Debtor paid a total of $ 5727.24 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | 26303.43 | .00 | 1408.70 |
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | .00 | .00 | .00 |
| ADULT & PEDIATRIC DERMAT | UNSECURED | NOT FILED | .00 | .00 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | 932.94 | .00 | 47.87 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ILL STATE TOLL HIWAY AUT | UNSECURED | 15050.85 | .00 | 806.06 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | 805.00 | .00 | 41.31 |
| ILLINOIS DEPT CHILDREN & | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ROUNDUP FUNDING LLC | UNSECURED | 312.93 | .00 | 16.75 |
| MARSHALL FIELD | UNSECURED | 2185.95 | .00 | 117.07 |
| MED BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |

```
NCO FINANCIAL SRV          UNSECURED         NOT FILED            .00         .00
NICOR GAS                  UNSECURED           1145.28            .00       58.75
NORDSTROM FSB              UNSECURED           1242.12            .00       63.72
VILLAGE OF SUMMIT          UNSECURED         NOT FILED            .00         .00
DUPAGE EMERGENCY PHYSICI   UNSECURED         NOT FILED            .00         .00
TCF NATIONAL BANK          UNSECURED             50.00            .00        2.15
ROUNDUP FUNDING LLC        UNSECURED           1196.76            .00       61.42
UNITED COLLECTIONS         UNSECURED         NOT FILED            .00         .00
VAN RU CREDIT              UNSECURED         NOT FILED            .00         .00
AFNI/VERIZON               UNSECURED            573.81            .00       27.79
COMED                      UNSECURED         NOT FILED            .00         .00
DUPAGE DEPT OF PUBLIC WO   UNSECURED         NOT FILED            .00         .00
ILLINOIS AMERICAN WATER    UNSECURED         NOT FILED            .00         .00
PROVIDIAN NATIONAL BANK    UNSECURED         NOT FILED            .00         .00
SBC AMERITECH              UNSECURED         NOT FILED            .00         .00
SOCIAL SECURITY ADMIN      UNSECURED         NOT FILED            .00         .00
         Summary of disbursements:
-----------------------------------------------------------------------------------
                      SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00          .00     49799.07         .00     49799.07
PRINCIPAL PAID            .00          .00      2651.59         .00      2651.59
INTEREST PAID             .00          .00          .00         .00          .00
TOTAL PAID                .00          .00      2651.59         .00      2651.59
```

The Debtor's attorney, RICHARD E SEXNER              , was allowed $   3700.00
and was paid $    868.00   direct and $   2832.00   through the plan.

The Trustee received $     243.65 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/16/09                  /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE

```
                              PAGE   3
     CASE NO. 06 B 01802 STEVEN V SARKAN
```